Jason Eric Magee, Allison, Bass & Associates, L.L.P., Austin, TX, Defendant–Appellant.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

Florida Harris and others pursue this action against several law enforcement officers. Anthony Lowrie, a Polk County Deputy Sheriff is one of these. The district court has denied summary judgment for him and Lowrie brings this interlocutory appeal. This is the only subject of the present appeal.

The district court denied summary judgment for Lowrie because of a material fact dispute. Lowrie obtained a search warrant that played a part in the tort suit, and plaintiffs say that the warrant was invalid because Lowrie omitted material facts about credibility of the informant, recklessly disregarding the truth and misleading the issuing magistrate.

It is beyond this court's jurisdiction to evaluate the decision of the district court to hold this to be a genuine fact issue.

Appeal DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be. published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**UNITED STATES of America, Plaintiff–Appellee**

. v.

**Francisco BAEZA–LOZANO, Defendant–Appellant.**

**No. 14–40810 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2015.

Michelle Suzanne Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Francisco Baeza–Lozano, Lewisburg, PA, pro se.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Francisco Baeza–Lozano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Baeza–Lozano has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.